# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHI BRIONES,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-00215-RFB-NJK<br><br>**Order**<br><br>[Docket Nos. 20, 21, 22] |

While represented by counsel, Plaintiff filed two notices and a motion *pro se*. Docket Nos. 20, 21, 22. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly, Plaintiff's filings, Docket Nos. 20, 21, 22, are hereby **STRICKEN** from the docket.

IT IS SO ORDERED.

Dated: January 21, 2025

                                                      Nancy J. Koppe<br>
                                                    United States Magistrate Judge