UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHI BRIONES,

    Plaintiff,

v.

JAMES DZURENDA, *et al.*,

    Defendants.

Case No. 2:24-cv-00215-RFB-NJK

**Order**

[Docket Nos. 23, 25]

While represented by counsel, Plaintiff filed a declaration and motion *pro se*. Docket Nos. 23, 25. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly, Plaintiff's filings, Docket Nos. 23 and 25, are hereby **STRICKEN** from the docket.

IT IS SO ORDERED.

Dated: January 23, 2025

                                                            Nancy J. Koppe
United States Magistrate Judge

1