# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHI BRIONES,<br><br>    Plaintiff,<br><br>v.<br><br>MIRIT AVRAM, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-00215-RFB-NJK<br><br>**Order**<br><br>[Docket Nos. 31, 32] |

    Pending before the Court are Plaintiff's motions to effectuate service on Defendant Mirit Avram and extend time to serve Defendant Avram. Docket Nos. 31, 32.

    On December 12, 2024, United States District Judge Richard F. Boulware, II ordered the Clerk of Court to serve Plaintiff's first amended complaint electronically on the Office of the Attorney General. Docket No. 14 at 8. Judge Boulware further ordered the Office of the Attorney General to file, within 21 days, a notice advising the Court and Plaintiff the names of Defendants for whom it accepts service, the names of Defendants for whom it does not accept service, as well as the last known addresses, under seal, of Defendants for whom it has such information and does not accept service. *Id*. On January 17, 2025, the Office of the Attorney General filed notice that it accepted service on behalf of Defendants Kenneth Williams, James Dzurenda, and Holly Crosby. Docket No. 17. Additionally, the Office of the Attorney General filed notice, under seal, of Defendant Avram's last known address, as well as notice that it had made this sealed filing, which was served on Plaintiff. Docket Nos. 18, 19.

    On March 11, 2025, Plaintiff filed a motion identifying the unserved defendant. Docket No. 31. Plaintiff, who remains in custody in High Desert State Prison, requests that the Court issue

a summons to Defendant Avram and order the United States Marshal to serve the summons. For good cause shown, the Court will **GRANT** this request.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to effectuate service, Docket No. 31, is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion to extend time to serve Defendant Avram is **GRANTED**. Docket No. 32. The deadline for service is extended to April 10, 2025.

**IT IS FURTHER ORDERED** that Plaintiff's request for an Order requiring the U.S. Marshal to serve Defendant Avram is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court must provide Plaintiff with a blank copy of the USM-285 form.

**IT IS FURTHER ORDERED** that the Clerk of the Court will issue Summons to Defendant Avram, and deliver the same to the U.S. Marshal for service. Plaintiff will have twenty days in which to furnish the U.S. Marshal with the required Form USM-285 (with Defendant Avram's address omitted). Within twenty days after receiving from the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice with the court identifying whether Defendant Avram was served. If Plaintiff wishes to have service again attempted on an unserved defendant, a motion must be filed with the court identifying the unserved defendant and specifying a detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

**IT IS FURTHER ORDERED** that Defendant Avram's last known address shall remain sealed and shall not be provided to Plaintiff.

IT IS SO ORDERED.

Dated: March 11, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2