# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RICHI BRIONES,

      Plaintiff,

v.

JAMES DZURENDA, *et al.*,

      Defendants.

Case No.: 2:24-cv-00215-RFB-NJK

**Order**

[Docket No. 39]

     Pending before the Court is Plaintiff's motion to extend time to serve Defendant Mirit Avram, Docket No. 39, which is **GRANTED.**

     Accordingly, Plaintiff's deadline to serve Defendant Avram is extended to May 1, 2025.

     IT IS SO ORDERED.

     Dated: April 10, 2025

Nancy J. Koppe
United States Magistrate Judge