# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICHI BRIONES,

    Plaintiff,

v.

JAMES DZURENDA, *et al.*,

    Defendants.

Case No.: 2:24-cv-00215-RFB-NJK

**Order**

On April 22, 2025, Plaintiff filed a notice on the Docket. Docket No. 42. Plaintiff submits that he has been "cut off from all contact with [the] Federal Public Defendant's office" and that using electronic filing on CM/ECF is the only way Plaintiff has to contact his attorneys. *Id*. at 2-3. Accordingly, Plaintiff's attorneys, Alicia R. Intriago and Lisa Brunner, are **ORDERED** to file a notice on the Docket, no later than May 16, 2025, as to whether there is an issue regarding Plaintiff's communication with their office. No actual communications should be included in this filing.

    IT IS SO ORDERED.

    Dated: May 13, 2025

                                    Nancy J. Koppe
                                    United States Magistrate Judge