LEWIS BRISBOIS BISGAARD & SMITH LLP
KEITH A. WEAVER
Nevada Bar No. 10271
Keith.Weaver@lewisbrisbois.com
ALISSA N. BESTICK
Nevada Bar No. 14979
Alissa.Bestick@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendant
MIRIT AVRAM, M.D.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHI BRIONES,<br><br>        Plaintiff,<br><br>    vs.<br><br>MIRIT AVRAM, et al,<br><br>        Defendant. | Case No. 2:24-cv-00215-RFB-NJK<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

Notice is hereby given to the Court and parties that Victoria C. Corey is no longer associated with LEWIS BRISBOIS BISGAARD & SMITH, LLP and seeks to withdraw as counsel for the Defendant(s) in this matter: Mirit Avram, M.D. All other Attorneys of Record will continue to represent Defendant(s), and they will not be without counsel. Defendant respectfully requests the Clerk of the Court to update the docket pursuant to this Notice.

DATED this 23rd day of May, 2025.

IT IS SO ORDERED.
Dated: May 27, 2025

Nancy J. Koppe
United States Magistrate Judge

156584198.1