UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHI BRIONES,<br><br>    Plaintiffs,<br><br>v.<br><br>DR. MIRIT AVRAM, et al.,<br><br>    Defendants. | Case No. 2:24-cv-00215-RFB-NJK<br><br>**Order**<br><br>[Docket Nos. 60, 61, 64] |

Pending before the Court is Plaintiff's motion to dismiss the conflict of interest motion and all other motions he filed.[1]  Docket No. 64.

On September 9, 2025, Plaintiff filed a notice with the Court regarding an alleged conflict of interest in Plaintiff's attorneys' client representations.  Docket No. 59.  On September 9 and 10, 2025, Plaintiff filed motions requesting the Court produce information regarding Plaintiff's attorneys' "visiting list" and case load.  Docket Nos. 60, 61.  On September 15, 2025, Plaintiff filed a notice with the Court alleging that Plaintiff's attorneys' clients were retaliating against him and that his attorneys faced a conflict of interest in their client representations.  Docket No. 63.  On September 22, 2025, Plaintiff filed the instant motion.  Docket No. 64.

In the instant motion, Plaintiff states that "[t]here is no conflict of interest with [Plaintiff's attorneys]" and requests that Plaintiff's attorneys continue to represent him in all cases presently before the Court.  Docket No. 64 at 1.  Plaintiff submits that his previous submissions with the Court regarding the alleged conflict of interest were the result of his worsening mental health condition.  *Id.*  Plaintiff requests that the Court "[p]lease dismiss that motion as [there] is no

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims.  *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1

conflict of interest at this time or ever" and, further dismiss all previous motions regarding the alleged conflict of interest. *Id.* at 3.

Accordingly, the instant motion is **GRANTED**. Docket No. 64. The Court **DENIES** Plaintiff's previous motions regarding the alleged conflict of interest. Docket Nos. 60, 61. The Clerk's Office is **INSTRUCTED** to strike Plaintiff's notices regarding the conflict of interest from the docket. Docket Nos. 59, 63. The Court further **INSTRUCTS** Plaintiff's attorneys to file any necessary motion regarding his mental health.

IT IS SO ORDERED.

Dated: September 22, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2